```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
               CIVIL NO. 24-2056 (DSD/DLM)
```

William Peterson,

        Plaintiff,

v.    **ORDER**

State of Minnesota,

        Defendant.

This matter is before the court upon the report and recommendation of United States Magistrate Judge Douglas L. Micko dated June 25, 2024 (R&R). No objections have been filed to the R&R in the time period permitted. Accordingly, based on the R&R and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED that:**

    1.   The R&R [ECF No. 3] is adopted in its entirety; and

    2.   This action is dismissed without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 22, 2024

                                                  s/David S. Doty  
                                                  David S. Doty, Judge  
                                                  United States District Court